COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mattress Firm, Inc. v. Bruce Levy and Terra Consulting II, LLC, Madison Development Grouop, LLC, Oldacre McDonald, LLC and Mark McDonald, Ryan Vinson, Win-Development, L.L.C., Owen C. Ewing and Jesse McInerney, Quattro Development, LLC and Michael Liyeos, Colliers International–Atlanta, LLC, Alexander Deitch, Preferred Realty, LLC, Chase Ventures, LLC and ABR Investment, LLC

Appellate case number:     01-18-00867-CV

Trial court case number:     2017-73196

Trial court:     151st District Court of Harris County

This appeal was stayed pursuant to the "Suggestion of Bankruptcy" notice that appellant, Mattress Firm, Inc., had filed in this Court on October 5, 2018. That notice stated that appellant had filed a Chapter 11 petition for relief, assigned to Case No. 18-12241-BLS, in the United States Bankruptcy Court for the District of Delaware. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a).

On December 17, 2018, appellant filed this unopposed motion to reinstate this appeal because the stay has been lifted. Appellant states that the bankruptcy court's November 16, 2018 order confirmed appellant's Chapter 11 Plan of Reorganization and provided that the automatic stay shall continue until the Effective Date, and it attached certified copies of the bankruptcy court's order and a Notice filed there stating that the Effective Date was November 21, 2018.

Accordingly, the Court **grants** appellant's motion to reinstate and directs the Clerk of this Court to **reinstate** this appeal. *See* TEX. R. APP. P. 8.3(a). Although the clerk's record was filed on October 9, 2018, the reporter's record was not filed due to lack of payment. Thus, if appellant fails to file evidence of payment of the reporter's record fee with this Court **within 10 days from the date of this Order**, this Court may set the briefing schedule without the reporter's record. *See id.* 35.3(c), 37.3(c)(2)(A).

It is so ORDERED.

Judge's signature: ____/s/ Evelyn V. Keyes_____

x  Acting individually     ☐ Acting for the Court

Date: ___December 20, 2018_____